# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN DUNCAN,<br><br>　　　　　Plaintiff,<br>vs.<br><br>HUNTER WARFIELD, INC.,<br><br>　　　　　Defendant. | Case No. 2:15-cv-09725-R<br><br>**ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(II)** |

　　　The Court has reviewed the Stipulation to Dismiss of Plaintiff JORDAN DUNCAN and Defendant HUNTER WARFIELD, INC.  Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiff's individual claim, with prejudice, and to dismiss without prejudice the putative class action claims asserted by Plaintiff, pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their respective attorneys' fees and costs.

　　　IT IS SO ORDERED.

Dated: May 2, 2016

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE